JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TIMOTHY NELSON,<br>Defendant. | **Case No.:** 26-CR-10 NW (VKD)<br><br>**DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE RE: TRAVEL; [~~PROPOSED~~] ORDER** |

## UNOPPOSED MOTION

Defendant Timothy Nelson, by and through counsel, respectfully requests that the Court modify his conditions of pretrial release to allow him to travel to visit his mother for the Thanksgiving holiday. Mr. Nelson's mother resides in Los Banos, which is located in the Eastern District of California. Mr. Nelson will travel there from November 26-27, 2026.

Mr. Nelson resides in San Jose, and his current conditions, which require that he not travel outside the Northern District, do not permit the proposed travel. Accordingly, Mr. Nelson makes the instant request.

Defense counsel has conferred with Pretrial Services Officer Sarai Canales, who does not oppose this request. Counsel contacted the Government for its position, and the Government responded: "Please file an unopposed motion. The government defers to Pretrial."

Dated: November 19, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/

DEJAN M. GANTAR
Assistant Federal Public Defender

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon motion of the Defendant, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are modified temporarily to permit the defendant to travel from San Jose to Los Banos between November 26-November 27, 2026, in the Eastern District of California.

All other conditions remain in full effect.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge